**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRIS HARRIMAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.   Case No.   3:25-cv-989-MMH-PDB

CPAP MEDICAL SUPPLIES AND SERVICES INC.,

    Defendant.

TYRONE GIBBS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.   Case No.   3:25-cv-995-MMH-MCR

CPAP MEDICAL SUPPLIES AND SERVICES INC.,

    Defendant.

## O R D E R

**THESE CAUSES** are before the Court sua sponte. These cases are hereby reassigned to the Honorable Wendy W. Berger, United States District

Judge, Middle District of Florida, with her consent and to conduct all further proceedings.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of September, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record