# UNITED STATES DISTRICT COURT
Middle District of Florida

| | | |
|---|---|---|
| CHRIS HARRIMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>**PLAINTIFF**<br><br>VS.<br><br>CPAP MEDICAL SUPPLIES AND SERVICES INC.,<br>**DEFENDANT** | § § § § § § § § § § | CAUSE NO. 3:25-CV-00989-MMH-PDB |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

On Friday, August 29, 2025 at 2:26 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFF'S CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, EXHIBIT A, NOTICE OF ELECTRONIC FILING for CPAP MEDICAL SUPPLIES AND SERVICES INC., C/O REGISTERED AGENT CHRISTOPHER HERMS was received by me.

On Wednesday, September 10, 2025 at 11:20 AM, I delivered the above-mentioned documents to Jason Richards, Vice President who represented that they were authorized to accept service on behalf of CPAP MEDICAL SUPPLIES AND SERVICES INC., C/O REGISTERED AGENT CHRISTOPHER HERMS at 8930 WESTERN WAY SUITE 4, JACKSONVILLE, FL 32256.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Monday, September 15, 2025

*Roger Martucci*

Roger Martucci
Process Server
729 Parker Street
Jacksonville, FL 32202

Chris Harriman v CPAP Medical Supplies and Services, Inc.
DocID: P340090_1