**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CHRIS HARRIMAN, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.

**CPAP MEDICAL SUPPLIES AND SERVICES INC.,**

    **Defendant.**
_____/

**CASE NO.: 3:25-cv-00989-WWB-PDB**

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

___   IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Date: September 17, 2025          */s/ Carlos V. Leach*
                                                        Carlos V. Leach, Esquire
                                                        FL Bar No.: 0540021
                                                        The Leach Firm, P.A.
                                                        1560 North Orange Avenue, Suite 600
                                                        Winter Park, Fl 32789
                                                        Phone: (407) 574 -4999
                                                        cleach@theleachfirm.com

                                                        ATTORNEY FOR PLAINTIFF AND THE
                                                        PUTATIVE CLASS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will serve notice of the same upon all counsel of record.

                               */s/ Carlos V. Leach*_____
                               Carlos V. Leach